**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 15-6446

—————————

JOVAN CORNELIUS SIMON,

Plaintiff - Appellant,

v.

L/CPL KEVIN PAIGE, SCHP; TROOPER BUCKY GEDDINGS, SCHP; L/CPL
MARK JENNINGS, SCHP; AGENT H. ERIC COHOON, ATF; SOUTH CAROLINA
DEPARTMENT OF PUBLIC SAFETY,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort. Richard Mark Gergel, District Judge.
(9:13-cv-03025-RMG)

—————————

Submitted:  July 21, 2015            Decided:  July 24, 2015

—————————

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Jovan Cornelius Simon, Appellant Pro Se.  Mary Bass Lohr, HOWELL,
GIBSON & HUGHES, PA, Beaufort, South Carolina; Barbara Murcier
Bowens, Assistant United States Attorney, Columbia, South
Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovan Cornelius Simon appeals the magistrate judge's text order denying his motion to compel and the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to 42 U.S.C. § 1983 (2012), and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Simon v. Paige, No. 9:13-cv-03025-RMG (D.S.C. Dec. 5, 2014; Mar. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED